```
 1  MITCHELL D. GLINER, ESQ.
    Nevada Bar #003419
 2  3017 West Charleston Blvd., #95
    Las Vegas, NV  89102
 3  (702) 870-8700
    (702) 870-0034 Fax
 4  Attorney for Plaintiff
 5
                    UNITED STATES DISTRICT COURT
 6                       DISTRICT OF NEVADA
 7
    JAMES K. LASSITER              )
 8                                 )
                                   )
         Plaintiff,                )
 9                                 )    No.
    vs.                            )
10                                 )
                                   )
    RELIANT CAPITAL SOLUTIONS,     )
11  LLC, a foreign                 )
    Limited-Liability Company      )
12                                 )
                                   )
13       Defendant.                )
                                   )    JURY DEMANDED
14  _____
                         COMPLAINT
15
                         JURISDICTION
16
        1.   The jurisdiction of this Court attains pursuant to the
17
    FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332,
18
    and the doctrine of supplemental jurisdiction.  Venue lies in the
19
    Southern Division of the Judicial District of Nevada as Plaintiff's
20
    claims arose from acts of the Defendant(s) perpetrated therein.
21
                      PRELIMINARY STATEMENT
22
        2.   This action is instituted in accordance with and to
23
    remedy Defendant's violations of the Federal Fair Debt Collection
24
    Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and
25
    of related state law obligations brought as supplemental claims
26
    hereto.
27

28
```

3. In 2010, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5. Plaintiff, James K. Lassiter, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. Defendant, Reliant Capital Solutions, LLC (RCS) is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Blacklick, OH, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

7. Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8. The alleged debt underlying this action pertains to Plaintiff's student loan.

9. On or about March 19, 2010, Plaintiff called Defendant to try to work out payments.

10. The collector immediately treated Plaintiff severely in violation of FDCPA § 1692d.

11. Defendant's collector accused Plaintiff of screwing up his life and purposely quitting school as well as other personal attacks unrelated to payment.

12. This resulted in Plaintiff's March 25, 2010, letter recounting Defendant's awful behavior (Exhibit 1).

13. Exhibit 1 also explicitly advised Defendant of Plaintiff's *refusal to pay*.

14. Exhibit 1 was received by Defendant on March 29, 2010, (Exhibit 2).

15. Plaintiff's written refusal to pay required Defendant to cease and desist all collection communications in accordance with FDCPA § 1692c(c):

> (c) **Ceasing communication** - *If a consumer notifies a debt collector in writing that the consumer **refuses to pay a debt** or that the consumer wishes the debt collector to cease further communication with the consumer, <u>the debt collector shall not communicate further with the consumer with respect to such debt</u>*.

16. On or about April 14, 2010, at approximately 8:30 A.M., Plaintiff was called by Defendant's collector who identified herself as *Ms. Conrad*.

17. Conrad refused to provide her given name when politely asked.

18. Conrad demanded full payment of the underlying student loan to University of Phoenix in violation of FDCPA § 1692c(C).

19. The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

20. Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

21. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

22. As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

CAUSES OF ACTION

COUNT I

23. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d and 1692e.

24. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

## COUNT II

25. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

26. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

## JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees.
5. Award costs.
6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

/S/ Mitchell D. Gliner
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
Attorney for Plaintiff

5

March 25, 2010

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Reliant Capital Solutions, LLC
Payment Processing Center
P. O. Box 30469
Columbus, OH 43230-0469

Dear Sir:

    I attach your February 9, 2010, correspondence.

    Last week I had the incredible displeasure to speak with your collector who was horribly nasty and condescending. I really despise being treated like non-entity trash and I 'refuse to pay' you really horrible people any money at all. Next time try investing a little bit of humanity in your conduct.

    Happy Easter.

    Thank you.

                              Sincerely,

                              James Lassiter

Enclosure

EXHIBIT 1

**reliant**
CAPITAL SOLUTIONS LLC

750 Cross Pointe Rd. Suite G
Gahanna, OH 43230-6692
Toll Free #:1-866-547-5413

Hours of Operation (EST):
Mon - Fri 8:00am – 9:00pm



February 09, 2010
Re Acct#: 9029060780
Creditor: UNIVERSITY OF PHOENIX
Total Due: $2,060.00

Acceptable Methods of Payment:
Cash, Check, Money Order, Visa or MC

Dear James K Lassiter,

We are writing to you because your account with UNIVERSITY OF PHOENIX is seriously delinquent. Our client desires to bring this matter to a close and reclaim you as a customer in good standing. This notice is to inform you that this office represents UNIVERSITY OF PHOENIX regarding the past due balance listed below.

| Creditor | Account # | Total Balance Due |
|---|---|---|
| UNIVERSITY OF PHOENIX | 9029060780 | $2,060.00 |
| | Grand Total | $2,060.00 |

Please use the attached payment coupon to make payment by credit card or send a cashier's check, money order, or other verified funds to the address listed on the payment coupon below.

For further information or to make your payment by phone, please call 1-866-547-5413 to speak with a recovery specialist. Please refer to your file number when calling: 10083722.

You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a reporting agency if you fail to fulfill the terms of your credit obligations.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

***Please Detach and Return This Portion with Payment – Make Sure the "Remit to" Address Appears Through Window***

Reliant Capital Solutions, LLC
PO Box 30469
COLUMBUS, OH  43230-0469

003266

☐ VISA    ☐ [MC]    PAYMENT AMOUNT: $ _____
CARDHOLDER NAME: _____
CARDHOLDER SIGNATURE: _____
CREDIT CARD NUMBER: _____
EXPIRATION DATE: ___/___   SECURITY CODE: _____

*A 3% convenience fee will be charged on all credit card transactions.*
*** Convenience fees will not be assessed in CT

RELIANT CAPITAL SOLUTIONS, LLC
PAYMENT PROCESSING CENTER
P.O. BOX 30469
COLUMBUS, OH  43230-0469

22570**AUTO**SCH 3-DIGIT 890
James K Lassiter
9543 Sunshade Ct
Las Vegas NV  89147-6715

12

File#: 10083722
Total Due: $2,060.00

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Anshane Can  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Anshane Can |
| 1. Article Addressed to:<br>Reliant Capital Solutions, LLC<br>Payment Processing Center<br>PO Box 30469<br>Columbus, OH 43230-0469 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>GAHA MAR 2<br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0000 3475 9181 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 2