MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAMES K. LASSITER

    Plaintiff,

vs.

RELIANT CAPITAL SOLUTIONS,
LLC, a foreign
Limited-Liability Company

    Defendant.

No. 2:10-cv-00542-RLH-RJJ

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their costs and attorney's fees.

DATED: October 4, 2010.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | KUNG & ASSOCIATES |
| _____ | _____ |
| MITCHELL D. GLINER, ESQ. | BRANDY L. BROWN, ESQ. |
| Nevada Bar #003419 | Nevada Bar #9987 |
| 3017 W. Charleston Blvd., #95 | 214 S. Maryland Parkway |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED this 13th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE